772 A.2d 928

ANGELO PELUSO, PLAINTIFF–PETITIONER, v. EILEEN K. PELUSO, DEFENDANT–RESPONDENT.

February 15, 2001.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

Jurisdiction is not retained.